IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| C. R. BARD, INC., a New Jersey corporation, and BARD PERIPHERAL VASCULAR, INC., an Arizona corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITHS MEDICAL ASD, INC., a Delaware corporation,<br><br>    Defendant. | **ORDER GRANTING JOINT MOTION AND STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFFS TO FILE A RESPONSE TO DEFENDANT'S RENEWED MOTION TO TRANSFER VENUE (DOC NO. 212)**<br><br>Case No. 2:12-cv-00036-RJS-DAO<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Having reviewed the parties' Joint Motion and Stipulation for Extension of Time for Plaintiffs to File a Response to Defendant's Renewed Motion to Transfer Venue (Doc. No. 212), and for good cause appearing, the court GRANTS the joint motion. Plaintiffs C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. shall file their response to Defendant Smiths Medical ASD, Inc.'s Renewed Motion to Transfer Venue (Doc. No. 204) on or before August 11, 2020.

DATED this 22nd day of July, 2020.

BY THE COURT:

*Daphne A. Oberg*
Daphne A. Oberg
United States Magistrate Judge